E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
Melissa Briggs (Cal. Bar No. 320697)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    E-mail: melissa.briggs2@usdoj.gov

Attorneys for Defendants United States of America;
Daniel Werfel, in his official capacity as Commissioner
of the United States Internal Revenue Service;
the United States Internal Revenue Service;
Janet Yellen, in her official capacity
as Secretary of the Treasury;
the United States Department of Treasury

Peter A. Arhangelsky (Cal. Bar No. 291325)
GREENBERG TRAURIG, LLP
2375 E. Camelback Rd.
Suite 800
Phoenix, AZ 85016
Email:  peter.arhangelsky@gtlaw.com.

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA EMERGENCY MEDICINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WERFEL, et al.,<br><br>Defendants. | No. 5:23-cv-02450-FMO-DTB<br><br>Joint Stipulation Responding to Order to Show Cause Re: Dismissal Re: Lack of Prosecution (ECF 22); [Proposed] Order<br><br><br><br>Hon. Fernando M. Olguin |

1

The United States of America and the other named defendants in this action; Daniel Werfel, in his official capacity as Commissioner of the United States Internal Revenue Service; the United States Internal Revenue Service; Janet Yellen, in her official capacity as Secretary of the Treasury; the United States Department of the Treasury ("Defendants") and, Plaintiff, Southern California Emergency Medicine, Inc., hereby respond to the Court's Order to Show Cause Re: Dismissal Re: Lack of Prosecution (Doc. 22) and stipulate as follows:

1. Plaintiff filed its initial complaint in this case on December 1, 2024. (Doc. 1.)

2. The complaint was served on the Defendants on December 18, 2024.

3. This Court entered an Order to Show Cause requiring Plaintiff to "file a First Amended Complaint setting forth sufficient allegations to establish venue" on December 21, 2023. (Doc. 16.)

4. Plaintiff filed its first amended complaint in response to the Order to Show Cause on December 27, 2023. (Doc. 17.)

5. The first amended complaint was served on the Defendants on January 2, 2024.

6. The response of the Defendants to the first amended complaint was due February 16, 2024.

7. On February 6, 2024, the parties met and conferred pursuant to Local Rule 7-3 and this Court's Initial Standing Order regarding a potential motion to dismiss to be filed on February 16, 2024, by the United States. The United States contends that it is the only proper party defendant to this suit and intends to argue in its motion to dismiss that the other Defendants must be dismissed from the action.

8. On February 7, 2024, the parties entered a stipulation (Doc. 19) allowing an additional 21 days for the United States to respond to the first amended complaint to provide counsel time to evaluate facts potentially dispositive to this matter, provide the

parties additional time to further meet and confer regarding the motion to dismiss, and give Plaintiff time to consider amending its first amended complaint.

9. Based on that stipulation, on February 9, 2024, this Court entered an order (Doc. 20) extending the deadline for the United States to respond to the first amended complaint to and including Friday, March 8, 2024.

10. The parties intended for that extension of the time to apply for all Defendants, not just the United States. That extension allows the United States to file a motion to dismiss that consolidates argument by all Defendants as a group.

11. On February 26, 2024, the parties met and conferred regarding the Plaintiff's intention to file a second amended complaint to address at least some of the issues identified by the United States during the parties' conference on February 6, 2024. Plaintiff has not yet determined the full scope of appropriate changes in the second amended complaint.

12. Defendants and Plaintiff intend to enter a stipulation regarding the filing of a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and this Court's Initial Standing Order. Plaintiff intends to file its stipulation along with the Second Amended Complaint pursuant to Local Rule 15-1 on or before March 8, 2024.

13. Resolving the issue of whether defendants other than the United States are proper parties to this action, either through the second amended complaint or motion to dismiss, would conserve resources and allow this case to proceed efficiently.

14. The parties have conferred on these scheduling issues with the goal of promoting judicial economy.

15. The parties' diligence in discharging their obligations to meet and confer under the Local Rules and this Court's Initial Standing Order also demonstrate that this action should not be dismissed for lack of prosecution.

16. The parties respectfully request that the Court find that the parties have demonstrated good cause and discharge its show cause order.

17. A proposed order is attached.

IT IS SO STIPULATED.

February 27, 2022

Respectfully submitted,

   /s/ Melissa Briggs   

E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

MELISSA BRIGGS
Assistant United States Attorney

Attorneys for Defendants
UNITED STATES OF AMERICA;
DANIEL WERFEL, in his official capacity as Commissioner of the United States Internal Revenue Service; the UNITED STATES INTERNAL REVENUE SERVICE; JANET YELLEN, in her official capacity as Secretary of the Treasury; the UNITED STATES DEPARTMENT OF TREASURY

   */s/ Peter A. Arhangelsky*   
Peter A. Arhangelsky
Counsel to Plaintiff Southern California Emergency Medicine, Inc.

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Peter A. Arhangelsky, counsel for Plaintiff, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

   /s/ Melissa Briggs
Melissa Briggs