Peter A. Arhangelsky, Esq. (SBN 291325)
peter.arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ  85016
Tel: (602) 445-8017
*Attorney for Plaintiff Southern California*
*Emergency Medicine, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA EMERGENCY MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WERFEL, et al., <br><br> Defendants. | Case No. 5:23-cv-02450-FMO-DTB <br><br> **JOINT STIPULATION TO EXTEND TIME FOR SETTLEMENT CONFERENCE** <br><br><br> Hon. Fernando M. Olguin |

Pursuant to Local Civil Rule 7-1, the Parties hereby stipulate and request to extend time to mediate from August 2, 2024 to September 20, 2024.  In support of this request, the Parties state as follows:

The Court entered a Case Management Order setting a deadline to participate in a settlement conference by August 2, 2024.  *See* Dkt. 34 at 2 ("The parties shall complete their settlement conference before a mediator from the court's ADR Panel … no later than August 2, 2024").

The parties cooperated in the selection of a settlement officer, Dr. Joan Kessler.  They filed a stipulation regarding that selection on June 21, 2024.  *See*

Dkt. 38. Based on the mediator's dates of availability, the parties scheduled mediation for July 31, 2024. They filed mediation statements with JAMS on July 24, 2024, under direction from Dr. Kessler's case manager.

On July 24, 2024, the mediator's office informed the parties that, "Due to an unforeseen calendar conflict, Dr. Kessler would like to reschedule [the] mediation." The parties raised concern over the Court's impending August 2 deadline but were informed that "Dr. Kessler does not have availability before August 2, 2024." A true and correct copy of that email correspondence is attached to this Stipulation.

The parties have conferred on potential dates for the rescheduled mediation based on Dr. Kessler's availability in August and September. The parties and Dr. Kessler are all available on September 17, 2024. They have tentatively reserved that date for the rescheduled mediation. The parties therefore request that this Court continue the deadline to mediate from August 2 until September 20, 2024. That continuance will allow the parties to mediate on September 17 and complete post-mediation papers as necessary.

The parties submit that this continuance does not result from delays within their control. The originally scheduled mediation was set within the time allotted by this Court for completion of a settlement conference. The requested continuance will cause no additional delays or adjustments to the pending calendar set by this Court in Dkt. 34. The parties respectfully request that this Court grant the stipulation to adjust for the mediator's change in schedule.

A proposed order is provided for the convenience of the Court per Local Rule 52.4.1.

Dated: July 31, 2024.

                                            Respectfully submitted,

                                     */s/ Peter A. Arhangelsky*
                                    Peter A. Arhangelsky
                                    GREENBERG TRAURIG, LLP

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

Attorney for Plaintiff Southern California Emergency Medicine, Inc.

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
JOLENE TANNER
Chief, Tax Section
Assistant United States Attorneys

    /s/
Melissa Briggs
Assistant United States Attorney

Attorneys for Defendants United States of America; Daniel Werfel, in his official capacity as Commissioner of the United States Internal Revenue Service; the United States Internal Revenue Service; Janet Yellen, in her official capacity as Secretary of the Treasury; the United States Department of Treasury

<u>ATTESTATION OF FILER</u>

    I attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

Dated:  July 31, 2024.        */s/ Peter A. Arhangelsky*
                                            Peter A. Arhangelsky

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000