IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA EMERGENCY MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WERFEL, et al., <br><br> Defendants. | Case No. 5:23-cv-02450-FMO-DTB <br><br> **ORDER ON STIPULATION [40] GRANTING EXTENSION OF TIME FOR SETTLEMENT CONFERENCE** <br><br> Hon. Fernando M. Olguin |

Having considered the Parties' Joint Stipulation to Extend Time for Settlement Conference, and for good cause shown, the Court hereby GRANTS the requested continuance.

The parties shall complete their settlement conference before a mediator from the court's ADR Panel ("settlement officer") no later than **September 20, 2024**. All other provisions in Section IV of the Case Management Order [Dkt. 34 at 2-3] remain in effect.

This continuance shall not otherwise affect the calendar set by this Court in

its Dkt. 34 Order.

A Status Report Re: Settlement is due no later than September 23, 2024.

**IT IS SO ORDERED:**

Dated: August 5, 2024.

                                                /s/
                                  FERNANDO M. OLGUIN
                                  U.S. DISTRICT JUDGE