Peter A. Arhangelsky, Esq. (SBN 291325)
peter.arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ  85016
Tel: (602) 445-8017
*Attorney for Plaintiff Southern California Emergency Medicine, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA EMERGENCY MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WERFEL, et al., <br><br> Defendants. | Case No. 5:23-cv-02450-FMO-DTB <br><br> **JOINT STIPULATION TO EXTEND TIME FOR SETTLEMENT CONFERENCE** <br><br><br> Hon. Fernando M. Olguin |

Pursuant to Local Civil Rule 7-1, the Parties hereby stipulate and request to extend time to mediate from September 20, 2024, to October 4, 2024.  In support of this request, the Parties state as follows:

The Court entered a Case Management Order setting a deadline to mediate by August 2, 2024.  *See* Dkt. 34 at 2.  The parties selected Dr. Joan Kessler as a settlement officer.  *See* Dkt. 38 (stipulation re selection).  Based on the mediator's dates of availability, they were prepared to proceed with mediation on July 31, 2024.  But on July 24, 2024, JAMS informed the parties that, "Due to an unforeseen calendar conflict, Dr. Kessler would like to reschedule [the July 31] mediation."

The parties rescheduled for September 17, 2024, and the Court extended the deadline to mediate until September 20 to accommodate this scheduling change. *See* Order, Dkt. 41.

Then, on August 8, 2024, JAMS again notified counsel that "Due to a scheduling conflict, Dr. Kessler is not longer available to mediate on September 17, 2024." The parties again conferred on potential mediation dates and eventually selected September 30, 2024. They are presently confirmed for mediation on September 30, 2024, at 10:00 AM before Dr. Joan Kessler (JAMS).

To accommodate the mediator's unforeseen scheduling change, the parties now seek another extension of the deadline to mediate. They ask to extend that deadline by approximately two weeks, from September 20 to October 4. That extension provides sufficient time to complete the mediation and file a status report thereafter. This request should not require any additional change to the Court's schedule.

A proposed order is provided for the convenience of the Court per Local Rule 52.4.1.

Dated: September 16, 2024.

                          Respectfully submitted,

                          */s/ Peter A. Arhangelsky*
                          Peter A. Arhangelsky
                          GREENBERG TRAURIG, LLP

                          Attorney for Plaintiff Southern California Emergency Medicine, Inc.

                          E. MARTIN ESTRADA
                          United States Attorney
                          DAVID M. HARRIS
                          Chief, Civil Division
                          JOLENE TANNER

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

Chief, Tax Section
Assistant United States Attorneys

_____/s/_____
Melissa Briggs
Assistant United States Attorney

Attorneys for Defendants United States of America; Daniel Werfel, in his official capacity as Commissioner of the United States Internal Revenue Service; the United States Internal Revenue Service; Janet Yellen, in her official capacity as Secretary of the Treasury; the United States Department of Treasury

## ATTESTATION OF FILER

I attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: September 16, 2024                     */s/ Peter A. Arhangelsky*
                                              Peter A. Arhangelsky