1  Peter A. Arhangelsky, Esq. (SBN 291325)
   peter.arhangelsky@gtlaw.com
2  GREENBERG TRAURIG, LLP
   2375 E. Camelback Road, Suite 800
3  Phoenix, AZ  85016
   Tel: (602) 445-8017
4  *Attorney for Plaintiff Southern California*
   *Emergency Medicine, Inc.*
5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                        EASTERN DIVISION

10

11
   SOUTHERN CALIFORNIA                Case No. 5:23-cv-02450-FMO-DTB
12 EMERGENCY MEDICINE, INC.,
                                      **STATUS REPORT RE:**
13              Plaintiff,            **SETTLEMENT**

14 v.

15
   WERFEL, et al.,                    Hon. Fernando M. Olguin
16              Defendants.

17

18

19

20        The parties jointly submit this Status Report Regarding Settlement.  The

21 Court's Case Management Order [Dkt. 34 at 2-3], as amended, required

22 participation in a settlement conference by no later than October 4, 2024.  The

23 Court ordered the parties to file a status report following the settlement proceeding.

24 Dkt. 34 at 3.

25        The parties participated in a mediation through the Court's ADR Panel on

26 September 30, 2024, at 10:00am Pacific.  The Settlement Officer was Joan B.

27 Kessler.  The mediation did not result in settlement.  The parties have not had

28 discussions regarding settlement apart from the mediation, but they remain open to

1    those discussions as appropriate.

2

3

4    Dated:  October 1, 2024.

5

6                                              Respectfully submitted,

7                                               /s/ Peter A. Arhangelsky
                                               Peter A. Arhangelsky
8                                              GREENBERG TRAURIG, LLP

9                                              Attorney for Plaintiff Southern California
                                               Emergency Medicine, Inc.
10

11
                                               E. MARTIN ESTRADA
12                                             United States Attorney
                                               DAVID M. HARRIS
13                                             Chief, Civil Division
                                               JOLENE TANNER
14                                             Chief, Tax Section
                                               Assistant United States Attorneys
15

16

17                                                   /s/
                                               Melissa Briggs
18                                             Assistant United States Attorney

19
                                               Attorneys for Defendants United States of
20                                             America; Daniel Werfel, in his official
                                               capacity as Commissioner of the United
21                                             States Internal Revenue Service; the United
                                               States Internal Revenue Service; Janet
22                                             Yellen, in her official capacity as Secretary
                                               of the Treasury; the United States
23                                             Department of Treasury

24

25

26

27

28

2

1

ATTESTATION OF FILER

2    I attest that the other signatory listed, on whose behalf this filing is submitted,

3  concurs in the filing's content and has authorized the filing.

4

5

   Dated:  October 1, 2024.                          /s/ Peter A. Arhangelsky
6                                                     Peter A. Arhangelsky

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000