IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA EMERGENCY MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WERFEL, et al., <br><br> Defendants. | Case No. 5:23-cv-02450-FMO-DTB <br><br> **ORDER GRANTING STIPULATION [46] TO EXTEND TIME FOR THE JOINT BRIEF RE SUMMARY JUDGMENT** <br><br> Hon. Fernando M. Olguin |

  Having considered the Parties' Joint Stipulation to Extend Time to File the Joint Brief, and for good cause shown, the Court hereby GRANTS the requested extension as follows.

1. The parties will meet and confer to discuss each issue to be raised in the Joint Brief by no later than **December 19, 2024**.
2. No later than **January 6, 2025**, plaintiff will prepare and deliver to defendants a draft of plaintiff's portions of the Joint Brief.

3. Defendants shall provide their portions of the Joint Brief to Plaintiff no later than **February 3, 2025**.

All other applicable dates and obligations under the Court's Case Management Order [Dkt. 34] will remain effective and unchanged.

**IT IS SO ORDERED:**

Dated:  October 22, 2024.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE