Peter A. Arhangelsky, Esq. (SBN 291325)
peter.arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ  85016
Tel: (602) 445-8017
*Attorney for Plaintiff Southern California Emergency Medicine, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA EMERGENCY MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL WERFEL, et al., <br><br> Defendants. | Case No. 5:23-cv-02450-FMO-DTB <br><br> **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** <br><br> Hon. Fernando M. Olguin |

Plaintiff and Defendants, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

1. The parties stipulate to dismiss the above-captioned action without prejudice.

2. This dismissal is entered into without waiver or prejudice to Plaintiff's right to file a new civil action incorporating its APA claims as part of a federal refund suit.

3. Each party shall bear its own costs with respect to the dismissed counts.

Dated: December 26, 2024.

Respectfully submitted,

 /s/ Peter A. Arhangelsky  
Peter A. Arhangelsky  
GREENBERG TRAURIG, LLP

Attorney for Plaintiff Southern California Emergency Medicine, Inc.

E. MARTIN ESTRADA  
United States Attorney  
DAVID M. HARRIS  
Chief, Civil Division  
JOLENE TANNER  
Chief, Tax Section  
Assistant United States Attorneys

 /s/ Nithya Senra   (with permission)  
Nithya Senra  
Assistant United States Attorney

Attorneys for Defendants United States of America; Daniel Werfel, in his official capacity as Commissioner of the United States Internal Revenue Service; the United States Internal Revenue Service; Janet Yellen, in her official capacity as Secretary of the Treasury; the United States Department of Treasury

ATTESTATION OF FILER

I attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: December 26, 2024.

 /s/ Peter A. Arhangelsky  
Peter A. Arhangelsky